[No. 12085-2-II.   Division Two.   November 15, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE MICHAEL JOHNSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87-1-00555-9, James I. Maddock, J., entered June 15, 1988. *Affirmed* by unpublished opinion per Petrie,

J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.